1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12 In RE:                                              CASE NO.

13       STANDING ORDER IN ALL
      CIVIL CASES ASSIGNED TO

14       DISTRICT JUDGE
      LAWRENCE J. O'NEILL

15

16

17 _____/

18

19

20      1.    Civil law and motion calendar is on Monday through Friday at 8:30 a.m. in Courtroom 4,

21 Seventh floor.  It is not necessary to clear a date prior to scheduling law and motion.  The parties are

22 required to comply with Local Rule 78-230, or other applicable rules and notice requirements.

23      2.    Unless prior leave of Court is obtained seven days before the filing date, all moving and

24 opposition briefs or legal memorandum in civil cases shall not exceed 25 pages.  Reply briefs filed by

25 moving parties shall not exceed 10 pages.  Briefs that exceed the page limitations or are sought to be

26 filed without leave may not be considered.  If combined supporting papers or opposition papers exceed

27 25 pages, the parties are required to submit a complete set of all papers as a chambers courtesy copy,

28 properly tabbed and fastened.

1    3.    The Court requires <u>Joint</u> Scheduling Conference Statements and <u>Joint</u> Pretrial statements,

2    where District Judge O'Neill is the hearing officer.  The statements must be filed seven days before the

3    hearing date and e-mailed as a WordPerfect 8.0 or Word document to: ljoorders@caed.uscourts.gov.

4    4.    Telephonic appearances before District Judge O'Neill are encouraged.  The parties may

5    appear at hearings by telephone by arranging a one line conference call and telephoning the Court at

6    (559) 499-5680.

7

8    IT IS SO ORDERED.

9

10

                                      LAWRENCE J. O'NEILL

11                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28