IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAAP INDUSTRIES, | CASE NO. CV F 06-0417 AWI LJO |
|         Plaintiffs, | **ORDER VACATING HEARING** |
| vs. | |
| BURNS & McDONNELL ENGINEERING COMPANY, INC., | |
|         Defendants. / | |

    Plaintiff KAAP Industries moves for summary judgment or partial summary judgment against Defendant Burns & McDonnell Engineering Company, Inc. The Court finds this motion suitable for decision without oral argument. Pursuant to Local Rule 78-230(h), this matter is submitted on the pleadings without oral argument. Therefore, the hearing set for August 24, 2007 is VACATED.

**IT IS SO ORDERED.**

**Dated:**   **August 20, 2007**           /s/ Lawrence J. O'Neill
                                                **UNITED STATES DISTRICT JUDGE**