IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAAP INDUSTRIES,<br><br>        Plaintiff,<br><br>    vs.<br><br>BURNS & McDONNELL ENGINEERING COMPANY, INC.,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 06-0417 LJO GSA<br><br>**SUPPLEMENT TO ORDER ON PARTIES' MOTIONS IN LIMINE** (Doc. 64) |

On April 25, 2008, Plaintiff KAAP Industries and Defendant Burns & McDonnell Engineering Company, Inc. filed their motions in limine. On May 7, 2008, this Court issued its order on the motions in limine. (Doc. 64.)

The Court ruled in the alternative on defendant's Motion in limine no. 7. Defendant's Motion No. 7 sought to exclude evidence regarding defendant's profit on the project at issue in the case. The Court required defendant to submit a declaration on its intent with respect to the "profit." In the order on the motion, the Court stated:

> "The motion on the issue of profits on the instant project is DENIED, if defendant intends on taking a position in trial that any amounts allegedly owed were unpaid and therefore a profit was not realized. Otherwise, the motion is GRANTED. Defendant must file a declaration within three (3) Court days of the date of this order indicating its intent in this regard."

On May 8, 2008, defense counsel filed a declaration which states that defendant does not intend on taking the position that plaintiff's compensation was dependent upon the profit.  Defendant's position is as follows:

> "Defendant will not take the position at trial that the reason for nonpayment to plaintiff was the lack of profit earned in the project by the defendant, nor will defendant take the position at trial that earning a profit on the project was a precondition to making payment to plaintiff." (Doc. 65, Steven McGee Declaration.)

Defendant acknowledges that plaintiff's compensation, if any, was based upon the gross amount of the contract, not on defendant's profit.

Accordingly, based upon the representations of defendant, the motion to exclude evidence of the profits from the project is GRANTED.

IT IS SO ORDERED.

**Dated:    May 9, 2008**                                   **/s/ Lawrence J. O'Neill**
                                                                           UNITED STATES DISTRICT JUDGE