UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAAP INDUSTRIES,** | **FINAL JUDGMENT** |
| | CASE NO: **1:06-CV-00417-LJO-GSA** |
| v. | |
| **BURNS & McDONNELL ENGINEERING COMPANY, INC.** | |

The above-entitled action came on for jury trial beginning on June 16, 2008, the Honorable Lawrence J. O'Neill, District Judge, presiding. A jury verdict was rendered on June 19, 2008, and a post-trial motion for calculation and inclusion of prejudgment interest was timely filed thereafter. The issues having been tried, the jury having rendered its verdict, and the Court having rendered its Order awarding prejudgment interest on August 15, 2008,

IT IS HEREBY ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF KAAP INDUSTRIES AND AGAINST BURNS & McDONNELL ENGINEERING COMPANY, INC. IN THE PRINCIPAL AMOUNT OF $451,713.80, TOGETHER WITH PREJUDGMENT INTEREST IN THE AMOUNT OF $161,946.52, FOR A TOTAL JUDGMENT OF $613,660.32. IT IS FURTHER ORDERED AND ADJUDGED THAT KAAP INDUSTRIES HAVE, AND IS GIVEN JUDGMENT FOR, ITS COSTS AND DISBURSEMENTS IN THIS MATTER AS THE PREVAILING PARTY.**

DATED:  August 22, 2008         _/s/ Lawrence J. O'Neill_____
                                UNITED STATES DISTRICT JUDGE

**JUDGMENT**